**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**TRAVIS FAULK, Individually**
**and on Behalf of All Others**
**Similarly Situated** **PLAINTIFF**

**v.** **No. 4:26-cv-981-DPM**

**O.J.'S SERVICE TWO, INC.**
**d/b/a OJ's Commercial Cleaning;**
**TIFFANY FAITH FLOCK, Individually;**
**and JANET LEE HINSON, Individually** **DEFENDANTS**

**ORDER**

One of the individual defendants is the spouse of a long-time friend of mine. My impartiality on the merits could reasonably be questioned. 28 U.S.C. § 455(a). I therefore recuse. The Clerk must reassign this case at random by chip exchange.

So Ordered.

D.P. Marshall Jr.
D.P. Marshall Jr.
United States District Judge

10 November 2026